THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS IRWIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEWIS A. GRAYDON v. HENRY WOODHOUSE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

KATHRYN RICKABY v. YELLOW TAXI CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

A. CANCELMO v. ATLANTIC COAST LINE RAILROAD COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ARTHUR FRIEDENHEIT v. SAMUEL B. COOPERMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL HIRSCHFELD v. RAYMONT REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BERMARK CORPORATION v. JOSEPH A. BURDEAU.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MURRAY KANNER v. HARRY OSTROWER and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HYMAN KOENIG v. PHILIP DREBER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GORDON WOLKENBERG v. ABRAHAM C. FISHMAN, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LOUIS F. SCHAEFFER v. JOHN W. DOWNS.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

VITTORIA SCRIMA v. THE MORRIS PLAN COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELAWARE AND HUDSON COMPANY v. JAMES L. WELLS and Others, Constituting the Board of Taxes and Assessments of The City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD GEORGE v. CORNISH ARMS HOTEL COMPANY, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted upon appellants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WALLACE S. JACOBS v. ALBERT STIEGLITZ and Others, Impleaded, etc.— Motion granted; question certified. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.